v.

**The STATE of Texas, Appellee.**

No. 28271.

Court of Criminal Appeals of Texas.

April 18, 1956.

**Victor Harlan CRAWFORD, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28273.

Court of Criminal Appeals of Texas.

April 18, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.